# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
## No. 19-1712V
### (not to be published)

| | |
|---|---|
| JAIME LEHMAN,<br><br>     **Petitioner,**<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>     **Respondent.** | Chief Special Master Corcoran<br><br>Filed: June 30, 2021<br><br>Special Processing Unit (SPU); Attorney's Fees and Costs |

*Bruce William Slane, Law Office of Bruce W. Slane, P.C., White Plains, NY, for Petitioner.*

*Debra A. Filteau Begley, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On November 4, 2019, Jaime Lehman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, et seq. (the "Vaccine Act"). Petitioner alleges that he suffered a Table injury – Shoulder Injury Related to Vaccine Administration – as a result of his November 8, 2017 influenza vaccination. (Petition at 1). On May 19, 2021, a decision was issued awarding compensation to Petitioner based on the Respondent's proffer. (ECF No. 49).

Petitioner has now filed a motion for attorney's fees and costs, dated June 8, 2021 (ECF No. 53), requesting a total award of $20,685.59 (representing $19,173.50 in fees and $1,512.09 in costs). In accordance with General Order No. 9, Petitioner filed a signed

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

statement indicating that he incurred no out-of-pocket expenses. (ECF No. 53-3). Respondent did not file a response.

The Vaccine Act permits an award of reasonable attorney's fees and costs. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. I award a total of **$20,685.59** (representing $19,173.50 in fees and $1,512.09 in costs) as a lump sum in the form of a check jointly payable to Petitioner and Petitioner's counsel. In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk shall enter judgment in accordance with this decision.[2]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.